**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ALLSTATE TEXAS LLOYDS** | § | |
| | § | |
| **V.** | § | **NO. 1:08-CV-58** |
| | § | |
| **GILIE M. ARNOLD** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on January 31, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion and dismiss plaintiff's claims against defendant pursuant to the parties' agreement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **19** day of **August, 2008.**

_____
Thad Heartfield
United States District Judge